LAWRENCE J. GALLAGHER, Individually and as a Stockholder of the NEW YORK DOCK COMPANY, Appellant, v. NEW YORK DOCK COMPANY and Others, Respondents.— In this action, in which plaintiff, the owner and holder of 6,500 shares of the common stock of defendant New York Dock Company, seeks to compel the individual defendants, as directors of the dock company and its subsidiary, to account for damages suffered by the two corporations as a result of the alleged illegal declaration and payment of dividends on the preferred stock of the dock company, judgment was directed in favor of defendants dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. Assuming that the

dock company's financial report for the year 1933 should have been received in evidence, its exclusion was harmless and the error, if any, may be disregarded. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.